**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| ALLEN D. STANLEY,<br><br>    Plaintiff<br><br>v.<br><br>N. BREITENBACH, et al.,<br><br>    Defendants | Case No.: 3:26-cv-00071-ART-CSD<br><br>**Order**<br><br>Re: ECF Nos. 2, 3 |

Plaintiff, a prisoner in custody of the Nevada Department of Corrections, is proceeding in this action on a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983. (ECF No. 11.)

The district court screened Plaintiff's complaint and allowed him to proceed with a claim alleging Eighth Amendment deliberate indifference to serious medical needs against defendants Marx and Jane Doe based on allegations that they refused to treat Plaintiff's asthma. The complaint was also allowed to proceed on a First Amendment retaliation claim against defendants Likens and Whately based on allegations that they prevented Plaintiff from obtaining medical care during an asthma attack in retaliation for his filing grievances and kites. (*See* ECF No. 10.)

Plaintiff has filed a motion for temporary restraining order and/or motion for preliminary injunction ("Motion for TRO and/or PI"). (ECF Nos. 2, 3.)

Within **14 days** of the date of this Order, the Attorney General's Office shall advise the court whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of responding to Plaintiff's Motion for TRO and/or PI. If the Attorney General's Office is willing to enter a limited notice of appearance, then also within **14 days** of the date of this Order, the

Attorney General's Office shall file a response to Plaintiff's motion for TRO and/or PI. The Attorney General's Office shall file under seal any **relevant** medical records. Plaintiff may kite the warden's office to review any records filed under seal, and the Attorney General's Office shall ensure that Plaintiff is given a reasonable amount of time to review these records. Plaintiff will have **seven days** from the date he receives the response to file a reply brief. The court will then determine whether to hold a hearing or issue a report and recommendation on the motion.

The Clerk of Court shall electronically serve a copy of this Order, a copy of Plaintiff's complaint (ECF No. 11), a copy of the order screening the complaint (ECF No. 10), as well as a copy of Plaintiff's motion for TRO and/or PI (ECF Nos. 2, 3) on the Nevada Attorney General's Office. This will not constitute a general appearance.

Plaintiff is advised there is still a stay entered in this case while the parties participate in the court's early mediation program. As such, Plaintiff shall not file any other documents with the court while the stay is in place except for his reply brief as directed in this Order.

**IT IS SO ORDERED**.

Dated: March 20, 2026

_____
Craig S. Denney
United States Magistrate Judge

2