**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALLEN D. STANLEY,

     Plaintiff

v.

N. BREITENBACH, et al.,

     Defendants

Case No.: 3:26-cv-00071-ART-CSD

**Order**

Re: ECF No. 16

Before the court is NDOC's unopposed motion for leave to file Plaintiff's medical records under seal in connection with its response to Plaintiff's motions for temporary restraining order and/or preliminary injunction. (ECF No. 16.)

When the documents sought to be sealed are "more than tangentially related to the merits of a case," as they are here, the court must find compelling reasons support the sealing of the documents. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97, 1101 (9th Cir. 2016). This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a "compelling reason" for sealing records because the plaintiff's interest in keeping his sensitive health information confidential outweighs the public's need for direct access to the medical records. Therefore, NDOC's motion for leave to file under seal (ECF No. 16) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: July 2, 2026

_____

Craig S. Denney

United States Magistrate Judge