# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALLEN D. STANLEY,

    Plaintiff

v.

N. BREITENBACH, et al.,

    Defendants

Case No.: 3:26-cv-00071-ART-CSD

**Order**

Plaintiff has filed a motion for temporary restraining order and a motion for preliminary injunction. (ECF Nos. 2, 3.) Defendants have filed responses. (ECF Nos. 14, 15.) On the deadline for filing a reply – May 8, 2026 -- Plaintiff submitted a document entitled "Motion for a Temporary Restraining Order and Preliminary Injunction," which was docketed as another motion for TRO/PI. (ECF Nos. 23, 24.)

Because Plaintiff filed this last document on the due date for the reply, and because it does not raise any new arguments but only responds to the defendants' contentions in their response to his original motions, the court construes ECF Nos. 23 and 24 as Plaintiffs' replies and not as new motions. The Clerk of Court is therefore directed to correct the description of ECF No. 23 to reflect that it is Plaintiff's reply to Defendants' response (ECF No. 14) to Plaintiffs' motion for temporary restraining order (ECF No. 2). The Clerk shall also correct the description of ECF No. 24 to reflect that it is Plaintiff's reply to Defendants' response (ECF No. 15) to Plaintiffs' motion for preliminary injunction (ECF No. 3).

The court will set a hearing on Plaintiff's motions for injunctive relief in a separate order. The court will require a medical provider at Lovelock Correctional Center (LCC) with knowledge of Plaintiff's medical condition and treatment to be present by video for the hearing.

**IT IS SO ORDERED**.

Dated: July 2, 2026

_____

Craig S. Denney
United States Magistrate Judge

2