**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN D. STANLEY,<br><br>Plaintiff<br><br>v.<br><br>N. BREITENBACH, et al.,<br><br>Defendants | Case No.: 3:26-cv-00071-ART-CSD<br><br>**Order** |

Plaintiff has filed a "Notice of Amendment" identifying Erin Parks, Director of Nursing at Lovelock Correctional Center, as the Jane Doe named in the complaint. (ECF No. 30.) The court construes the notice as a request to substitute Erin Parks for Jane Doe, and so construed, the request is **GRANTED**. The original complaint remains the operative complaint in this action, and Erin Parks is substituted for defendant Jane Doe. *See Edwards v. California Dep't of Corr. & Rehab.*, No. 1:23-CV-01180-NODJ-SKO (PC), 2024 WL 774952, at *1-2 (E.D. Cal. Feb. 26, 2024).

**IT IS FURTHER ORDERED** that within twenty-one (21) days of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Plaintiff whether it will accept service for Erin Parks. If the A.G. cannot accept service for Parks, it shall file, under seal, but shall not serve the inmate Plaintiff, Parks' last known address, if it has such information. If the last known address is a post office box, the A.G. shall attempt to obtain and provide the last known physical address.

If the A.G. cannot accept service for Parks, Plaintiff shall file a motion requesting issuance of a summons. If the A.G. has not provided last-known-address information, Plaintiff shall provide Parks' full name and address.

If the A.G. accepts service of process for Parks, Parks shall file and serve an answer or other response to the complaint (ECF No. 11) within sixty (60) days from the date of this order.

**IT IS SO ORDERED**.

Dated: July 20, 2026

Craig S. Denney
United States Magistrate Judge