**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN D. STANLEY,<br>Plaintiff<br>v.<br>N. BREITENBACH, et al.,<br>Defendants | Case No.: 3:26-cv-00071-ART-CSD<br>**Order**<br>Re: ECF No. 44 |

The court has contemporaneously issued a report and recommendation that Defendants' motion for summary judgment be granted as a result of Plaintiff's failure to properly exhaust administrative remedies before filing this action. Therefore, Defendants' motion to stay discovery (ECF No. 44) is **DENIED AS MOOT**.

In addition, the Case Management Conference scheduled for September 23, 2026, at 10:00 a.m., is **VACATED**.

**IT IS SO ORDERED**.

Dated: September 17, 2026

Craig S. Denney
United States Magistrate Judge